UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MAYCO DIDIER PALMA MOLINA,<br><br>　　　　　　　　　　　Defendant. | Case No.  20cr1007 JM<br><br>**ORDER AND JUDGMENT TO DISMISS THE COMPLAINT WITHOUT PREJUDICE** |

　　　Upon motion of the United States of America (Doc. No. 39) and good cause appearing, IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice.

　　　IT IS SO ORDERED.

DATED: May 4, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　United States District Judge